# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADRIAN MCKNIGHT,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 76813

FILED

OCT 19 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on August 24, 2018.[1] Thus, the notice of appeal is premature. *See* NRS 177.015(3). To the extent that appellant appeals from the order denying a motion to expedite decision, no statute or court rule provides for

---

[1]The documents before this court indicate that the district court took the matter under advisement at the conclusion of a hearing on November 3, 2017. As this matter has been pending for almost a year, we are confident that the district court will reach a resolution as expeditiously as its docket permits.

SUPREME COURT
OF
NEVADA

(O) 1947A

18-41229

an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Kathleen E. Delaney, District Judge
Adrian McKnight
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk